FILED: July 2, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4576
(8:22-cr-00467-PJM-1)
_____

UNITED STATES OF AMERICA

　　Plaintiff - Appellee

v.

TAFFARI J. MARIQUE

　　Defendant - Appellant

_____

O R D E R
_____

For reasons appearing to the court, this case is placed in abeyance pending decisions by this court in Case No. 24-1799, *Susannah Kipke v. Wes Moore*, and Case No. 24-1886, *Kimberly Lafave v. County of Fairfax, Virginia*.

　　For the Court

　　/s/ Nwamaka Anowi, Clerk